IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          )
                                                )
    U LOCK INC.,                               ) 2:23-cv-00010-C
                                                )
        Debtor-Appellant.                       )

### MOTION TO DISMISS APPEAL

AND NOW COMES U Lock Inc., by and through its undersigned counsel, and either notifies the Court pursuant to Federal Rule of Civil Procedure 41(a) that it dismisses this appeal, or moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(2).

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____
J. Allen Roth, Esq.
805 S. Alexandria Street
Latrobe PA  15650
lawmatters@yahoo.com

ATTORNEY FOR APPELLANT