IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| U LOCK INC., | ) 2:23-cv-00010-C |
| | ) |
| Debtor-Appellant. | ) |

## **ORDER**

AND NOW, this ___ day of March, 2023, based on the motion of Appellant U Lock Inc., advising that it wishes to dismiss this appeal without prejudice, and considering Federal Rule of Civil Procedure 41(a) and Federal Rule of Appellate Procedure 42(2), the appeal is hereby DISMISSED.

_____
United States District Judge